JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ESTATE OF ALEX YANES GOMEZ, by and through SHANNON CONLEY, Esq., as Personal Representative

**DEFENDANTS**

BONNEVILLE POWER ADMINISTRATION,

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

SHANE A. REED, REED LAW FIRM, PC, P.O. Box 452, Jacksonville, OR, 97530, (541)899-1085

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☒ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |
| | | | | | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC §1346

Brief description of cause:
Wrongful Death caused by Defendant's vehicle driver (employee/agent)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE
2/24/25

SIGNATURE OF ATTORNEY OF RECORD
s/Shane A. Reed

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| ESTATE OF ALEX YANES GOMEZ, by and through SHANNON CONLEY, Esq., as Personal Representative, <br><br> *Plaintiff(s)* <br><br> v. <br><br> BONNEVILLE POWER ADMINISTRATION, <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. <br><br> (Eugene Division) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> BONNEVILLE POWER ADMINISTRATION
> 1001 Lloyd Boulevard
> Portland, OR 97232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
> SHANE A. REED
> TALON J. REED
> REED LAW FIRM, PC
> P.O. Box 452
> Jacksonville, OR 97530
> (541)899-1085 / staff@reedlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

❑ I personally served the summons on the individual at *(place)*

on *(date)* ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❑ I returned the summons unexecuted because ; or

❑ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

SHANE A. REED (961597)
Lead Counsel
TALON J. REED (165452)
REED LAW FIRM, PC
P.O. Box 452
Jacksonville, OR 97530
Telephone: (541) 899-1085
Facsimile: (541) 899-1126
staff@reedlawfirm.com

Counsel for Plaintiff, ESTATE OF ALEX YANES GOMEZ, by and through SHANNON CONLEY, Esq., as Personal Representative.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| ESTATE OF ALEX YANES GOMEZ, by and through SHANNON CONLEY, Esq., as Personal Representative,<br><br>Plaintiff,<br><br>v.<br><br>BONNEVILLE POWER ADMINISTRATION,<br><br>Defendant. | Case No.<br><br>COMPLAINT FOR WRONGFUL DEATH (Negligence - Auto)<br><br>(This Court has original jurisdiction pursuant to 28 USC §1346; Defendant is a federal agency.)<br><br>DEMAND FOR JURY TRIAL |

## JURISDICTION AND VENUE

1.

Defendant BONNEVILLE POWER ADMINISTRATION is an agency of the United States of America. Jurisdiction is vested in this Court pursuant to 28 USC §1346.

2.

Venue is proper in this District and Division pursuant to 28 USC §1391, as the substantial part of the events or omissions giving rise to the claim of Plaintiff's Decedent's

Page - 1       COMPLAINT (Wrongful Death - Negligence/Auto)

wrongful death occurred in Lincoln County, Oregon, which is under the divisional authority of the Eugene Division of this U.S. District Court.

## PARTIES

3.

Plaintiff is ESTATE OF ALEX YANES GOMEZ, by and through its Personal Representative, SHANNON CONLEY, Esq.

4.

Defendant, BONNEVILLE POWER ADMINISTRATION, is a federal agency.

## FACTS

5.

On or about September 7, 2023, the deceased, ALEX YANES GOMEZ, was riding a motorcycle while on Highway 101 at Mile Post 155, within or near the city of Waldport, located in Lincoln County, Oregon.

6.

On or about the same date, time, and at the same general location, Defendant BONNEVILLE POWER ADMINISTRATION's employee, representative, or agent ("Defendant's Driver" hereinafter) was operating a work vehicle traveling on North Bayview Road where he turned left (South) onto Highway 101, crossing oncoming traffic that was traveling North on Highway 101. When Defendant's Driver crossed into traffic, turning left onto Highway 101 from North Bayview Road, he drove directly into the path of Plaintiff's Decedent, ALEX YANES GOMEZ, who was operating a motorcycle, causing a collision into the side of Defendant's vehicle, and resulting in Decedent's death.

7.

At said time and place, Defendant's Driver had a duty to exercise reasonable care in the operation and control of Defendant's vehicle under ORS 811.100 and ORS 811.535.

////

Page - 2        COMPLAINT (Wrongful Death - Negligence/Auto)

8.

Defendant's Driver breached that duty and was negligent in one or more of the following particulars:

a.)    Failing to keep a lookout.

b.)    Attempting an unsafe turn.

c.)    Driving in a dangerous manner.

d.)    Failing to yield the right-of-way.

e.)    Making a dangerous left turn.

f.)    Failing to control vehicle.

g.)    Driving in a reckless manner that endangers the safety of persons and property.

9.

Defendant's Driver's negligence, as described herein, was the actual and proximate cause of the collision and the resulting death of ALEX YANES GOMEZ, and resulting economic to his surviving spouse, three children, and any other heirs.

10.

The Plaintiff's economic damages are immense, in that Plaintiff's Decedent was the only financial provider for his household while working as a highly paid commercial fisherman and television cast member on a vessel featured on Discovery Channel's, "*Deadliest Catch*." The lost earnings and benefits proximately caused by Defendant are not expected to exceed $15,500,000. Plaintiff reserves the right to amend this amount prior to commencement of trial.

11.

Plaintiff demands a jury trial.

## **PRAYER**

WHEREFORE, Plaintiff prays for judgment against Defendant for damages as follows:

1.    A sum which will fully and fairly compensate Plaintiff Estate for current and future economic damages in an amount to be proven at trial, not to exceed of $15,500,000;

Page - 3        **COMPLAINT** (Wrongful Death - Negligence/Auto)

2.    Plaintiff's costs and disbursements incurred herein.

DATED this 24th day of month of February, 2025.

REED LAW FIRM, PC
By:    *s/Shane A. Reed*
Shane A. Reed, OSB No.: 961597
Attorney for Plaintiff, Lead Counsel


REED LAW FIRM, PC

By:    *s/Talon J. Reed*
Talon J. Reed, 165452 (OR)/2303018 (AK)
Attorney for Plaintiff

Page - 4        **COMPLAINT** (Wrongful Death - Negligence/Auto)